AO 91 (Rev. 11/11) Criminal Complaint

Felony

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States District Court
Southern District of Texas
FILED

OCT 2 8 2019

David J. Bradley, Clerk of Court

United States of America
v.
MARTINEZ, Reynaldo

Case No. B-14-mj-988

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 10/27/2014 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 (a) (1) and 21 U.S.C. 846 | Knowingly and intentionally possess with the intent to distribute approx. 322.00 kgs of marijuana, a schedule I controlled substance; and conspiracy to possess with intent to distribute the same approx. 322.00 kgs of marijuana |

This criminal complaint is based on these facts:

On October 27, 2014, USBP Agents were conducting surveillance in Harlingen, Texas, and observed a Silver Chevrolet Tahoe drive to the Rio Grande River. Surveillance observed several individuals loading what appeared to be bundles of marijuana inside the vehicle. The driver of the vehicle fled northbound from the Rio Grande River at a high rate of speed. USBP agents were dispatched to the area and attempted to conduct a traffic stop of the vehicle. The driver of the vehicle, later identified Reynaldo MARTINEZ fled from USBP agents and inadvertently struck a USBP patrol car. MARTINEZ's was arrested after USBP agents seized 10 bundles of marijuana from the vehicle driven by MARTINEZ for a total net weight of 322.00 kgs.

☐ Continued on the attached sheet.

_____
Complainant's signature

Robert J. Arona, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/28/2014

_____
Judge's signature

City and state: Brownsville, TX

Ronald G. Morgan, U.S. Magistrate Judge
Printed name and title