# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☑ COMPLAINT ☐ INFORMATION ☐ INDICTMENT

## OFFENSE CHARGED

Conspiracy and Possession with intent to distribute approximately 322.00 kilograms or more of marijuana, a Schedule I controlled substance.

☐ Petty

☐ Minor

☐ Misde-meanor

☑ Felony

**Place of Offense**

Brownsville, Texas

**U.S.C. Citation**

21 USC 841 & 846

---

**Name of District Court, and/or Judge/Magistrate Location (City)**

Southern District of Texas
U.S. Magistrate Judge Ronald G. Morgan
Brownsville, Texas

United States District Court
Southern District of Texas
FILED

**DEFENDANT - U.S. vs.**

MARTINEZ, Reynaldo

OCT 2 8 2019

Address { San Benito, Texas

David J. Bradley, Clerk of Court

B-14-mJ-988

Birth Date ▓▓▓ 1977

☑ Male ☐ Alien

☐ Female (if applicable)

(Optional unless a juvenile)

---

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trail in other Federal or State court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Att'y   ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

▶

Name and Office of Person Furnishing Information on THIS FORM

Robert J. Arona, SA

☐ U.S. Att'y   ☑ Other U.S.

Name of Asst. U.S. Att'y (if assigned)

---

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on the charges If answer to (6) is "Yes", show name of institution

} ☑ Fed'l ☐ State

Has detainer been filed ?   ☐ Yes   ☐ No

If "Yes" give date filed

**DATE OF ARREST** ▶ 10-27-2014

Or ... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY** ▶

---

☐ This report amends AO 257 previously submitted

*ADDITIONAL INFORMATION OR COMMENTS*